1

2                     UNITED STATES DISTRICT COURT

3             FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                          OAKLAND DIVISION

5

6  J & J SPORTS PRODUCTIONS, INC.,          Case No:  C 10-04171 SBA

7           Plaintiff,                        **ORDER**

8        vs.                                  Docket 23.

9  ULISES CONSTANTINO NAPURI,
   individually and d/b/a INCAS GRILL,

10

11         Defendant.

12

13        On October 18, 2011, Plaintiff filed a motion for partial summary judgment under

14  Rule 56 of the Federal Rules of Civil Procedure.  Dkt. 23.  Defendant's opposition was due

15  on November 1, 2011.  To date, Defendant has not filed an opposition to the motion for

16  partial summary judgment.  Nor has Defendant sought an extension of time to file an

17  opposition.  As such, the Court orders Defendant to file an opposition to Plaintiff's motion

18  for partial summary judgment, or a statement of non-opposition as required under Civil

19  Local Rule 7-3(b), by no later than twenty-one (21) days from the date of this Order.

20        "A district court may not grant a motion for summary judgment simply because the

21  nonmoving party does not file opposing material, even if the failure to oppose violates a

22  local rule."  Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1994).  However, where a local

23  rule "does not require, but merely permits the court to grant a motion for summary

24  judgment, the district court has discretion to determine whether noncompliance should be

25  deemed consent to the motion."  Id.  This Court's Standing Orders provides: "The failure of

26  the opposing party to file a memorandum of points and authorities in opposition to any

27  motion shall constitute consent to the granting of the motion."  Civil Standing Order at 5.

28

1   Accordingly, Defendant is cautioned that failure to file a timely written opposition to

2   Plaintiff's motion for partial summary judgment shall be construed by the Court as consent

3   to the granting of the motion.

4   IT IS SO ORDERED.

5   Dated: 3/6/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge