UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ULISES CONSTANTINO NAPURI, individually and d/b/a INCAS GRILL, <br><br> Defendant. | Case No: C 10-04171 SBA <br><br> **ORDER** <br><br> Docket 48 |

On March 21, 2013, Plaintiff filed a motion for attorneys' fees and costs. Dkt. 48. IT IS HEREBY ORDERED THAT this matter is REFERRED to Magistrate Judge Laurel Beeler for the preparation of a Report and Recommendation. See Civ. L.R. 72-1. Counsel will be advised of the date, time and place of appearance by notice from Judge Beeler.

IT IS SO ORDERED.

Dated: 3/27/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge