UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ULISES CONSTANTINO NAPURI, individually and d/b/a INCAS GRILL, <br><br> Defendant. | Case No: C 10-04171 SBA <br><br> **JUDGMENT** |

In accordance with the Court's Order on J & J Sports Productions, Inc.'s ("Plaintiff") motion for partial summary judgment against Ulises Constantino Napuri, individually and doing business as Incas Grill ("Defendant"), Dkt. 33, IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: 8/27/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge